IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| COMMUNITY STATE BANK; COMPUCREDIT CORPORATION; VALUED SERVICES ACQUISITIONS COMPANY, LLC; VALUED SERVICES, LLC; VALUED SERVICES OF NORTH CAROLINA, LLC; VALUED SERVICES FINANCIAL HOLDINGS, LLC; VALUED SERVICES HOLDINGS, LLC; FORESIGHT MANAGEMENT COMPANY, LLC; FIRST AMERICAN HOLDINGS, LLC; FIRST AMERICAN MANAGEMENT, INC.; LARRY A. KUGLER; JAMES E. SCOGGINS; and ROBERT P. MANNING,<br><br>    Petitioners,<br>    v.<br><br>TOMMY KNOX; VELMA KNOX; and KERRY GORDON,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    1:05CV00226<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

For the reasons set forth in the Order and Memorandum Opinion filed contemporaneously herewith, the Court concludes that the Petition to Compel Arbitration should be dismissed. Therefore, Respondents' Motion to Dismiss will be granted and this case will be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Respondents' Motion to Dismiss is GRANTED and this case is DISMISSED.

This, the 3rd day of February, 2012.

                                                          /s/ James A. Beaty, Jr.
                                                          United States District Judge